

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

―――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――――

| | | |
|---|---|---|
| *Jessica L. Guarracino*<br>Assistant United States Attorney | *970 Broad Street, Suite 700*<br>*Newark, NJ 07102*<br>jessica.guarracino@usdoj.gov | main:  (973) 645-2700<br>direct: (973) 645-2726<br>fax:    (973) 297-2010 |

February 13, 2026

**<u>BY ECF</u>**

Hon. Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:   *Pilar Ramirez v. Bondi, et al.*, No. 25-18674
            Extension Request

Dear Judge Cecchi:

      This Office represents Respondents in the above-referenced habeas matter. We write with the consent of Petitioner's counsel to respectfully request a 30-day extension of time to file a response to Petitioner's motion seeking attorney's fees and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). *See* ECF No. 5. Respondents' response is currently due on February 17, 2026. If the Court grants this request, Respondents' submission would be due on March 19, 2026. Additionally, the parties respectfully request that the Court allow Petitioner 15 days, until April 3, 2026, to submit a reply. This is the first request for such an extension.

      We respectfully submit that good cause exists for this extension request.  This extension will allow us to continue our Office's efforts to prioritize the handling of an unprecedented volume of emergent immigration habeas petitions, while still providing the Court and the parties with the benefit of a complete response to the motion.

      If this proposal is acceptable to the Court, we respectfully request that Your Honor so-order this letter and have the Clerk's Office file it on the docket.  Thank you very much for your consideration of this request.

                                           Respectfully submitted,

                                           TODD BLANCHE
                                           U.S. Deputy Attorney General

                                                      JORDAN FOX
                                                      Chief of Staff & Associate Deputy
                                                        Attorney General
                                                      Special Attorney

                                        By:   */s/ Jessica L. Guarracino*
                                                      JESSICA L. GUARRACINO
                                                      Assistant United States Attorney

cc:    All counsel (via ECF)           *Attorneys for Respondents*


SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date:    3/2/2026

2